

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00592-CV

**IN RE** Jonathan **RIVAS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: November 2, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On September 15, 2022, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021CVA000440D1, styled *Roel Sauceda v. Jonathan Rivas*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.